# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY FOUST, an individual, | Case No. 4:16-cv-05001-LRS |
| Plaintiff,, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| BAYVIEW LOAN SERVICING, a Delaware limited liability company; NORTHWEST TRUSTEE SERVICES, LLC, a Washington corporation; M&T BANK CORPORATION, a New York corporation, | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal With Prejudice (ECF No. 73),

IT IS SO ORDERED that this matter is dismissed with prejudice.

DATED this 22nd day of January, 2018.

*s/Lonny R. Suko*

_____
Lonny R. Suko
Senior United States District Judge

ORDER OF DISMISSAL -1